IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN WILEY PRICE (01)<br>   a.k.a John Wiley Price III<br>KATHY LOUISE NEALY (02)<br>DAPHENY ELAINE FAIN (03)<br>CHRISTIAN LLOYD CAMPBELL (04) | NO. 3-14CR-293-M<br><br>FILED UNDER SEAL |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America ("the Government"), by and through the United States Attorney for the Northern District of Texas, moves for an order sealing the indictment returned by the grand jury in the above-captioned criminal case. The government requests that the indictment remain sealed until such time as any defendant is apprehended or arrested, or until further order of the Court. The government believes that an immediate public release of the names of indicted defendants prior to an arrest or apprehension of any of the defendants would undermine the pursuit of justice.

**Motion/Order to Seal - Page 1**

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Walt M. Junker*
Walt M. Junker
Assistant United States Attorney
Texas State Bar Number 24038115
1100 Commerce Street, Suite 300
Dallas, TX  75242-1699
Telephone:  214-659-8600
Facsimile:  214-659-8805
Email: walt.junker@usdoj.gov