**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

HONORABLE: Paul D. Stickney        PRESIDING: _____
DEPUTY CLERK: L. Price              COURT REPORTER/TAPE NUMBER: FTR
LAW CLERK: _____           USPO: 1:04 - 1:09
INTERPRETER: _____           Date: 7/25/14

---

Cr.No.3:14-cr-00293-M *SEALED*              DEFT. No. _____

UNITED STATES OF AMERICA         §
                                 §    Wirt Qualla(?)                    , AUSA
v.                               §
                                 §    William Ravkind
JOHN WILEY PRICE (1)             §    COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

---

**ARRAIGNMENT/REARRAIGNMENT**

Time in Court:_____

Trial Status:   ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Direct Verdict   ☐ Evidence Entered
                ☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
                ☐ Mistrial   ☐ Settled/Guilty   ☐ None

Days in Trial:_____

Hearing Concluded:   ☐ Yes   ☐ No

   ☐ Defendant SWORN.

   ☒ Arraignment   ☐ Rearraignment – Held on Count(s)   1, 2-7, 8, 9-11

   of the  13   count(s)   ☒ Indictment   ☐ Information   ☐ Superseding Indictment   ☐ Complaint

   ☐ Sentencing Guidelines                                                    ☐ Superseding Information

   ☒ Deft enters a pleas of         ☒ Not Guilty   ☐ Guilty   ☐ Nolo

   ☐ Waiver of Jury Trial

   ☐ Waiver of Indictment filed

   ☐ Plea Agreement accepted         ☐ Court defers acceptance of Plea Agreement

   ☐ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement

   ☐ Plea Agreement included with Factual Resume.

   ☐ Factual Resume filed.

   ☐ Sentencing set   Date:_____   Time:_____

   ☐ Trial set for   Date:_____   Time:_____
      Pretrial motions due:_____   Discovery motions/Government Responses due:_____

   ☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

   ☐ PSI waiver filed.   PSI due:_____   Pre-sentence Referral Form to:_____

   ☐ Deft Bond   ☐ Set   ☐ reduced to $_____   ☐ Cash   ☐ Surety   ☐10%   ☐ PR

   ☐ Deft failed to appear, bench warrant to issue.

   ☐ Bond   ☐ continued   ☐ forfeited

   ☐ Deft Custody/Detention continued.

   ☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JUL 25 2014 CLERK, U.S. DISTRICT COURT By _____ Deputy*