IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

———————————————————

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | 3:14-CR-293-M |
| | § | |
| JOHN WILEY PRICE (01), | § | |
| KATHY LOUISE NEALY (02), | § | |
| DAPHENY ELAINE FAIN (03), | § | |
| CHRISTIAN LLOYD CAMPBELL (04), | § | |
| Defendants. | § | |

## TRIAL SETTING ORDER

This case is set for Jury Trial on **Monday, September 29, 2014, at 9:00 a.m.**, and a Pretrial

Conference is set for **Monday, September 29, 2014, at 8:30 a.m.,** to be held prior to the

commencement of trial.

Defendants' pretrial motions, if any, must be filed by **August 25, 2014**, and the Government's

responses thereto, by **September 2, 2014**.

If any defendant desires to move for a continuance of the trial setting, that defendant must

diligently attempt to confer and obtain the agreement of all other parties, including co-defendants.  The

Court will not allow a continuance to be used to effectuate a severance.  If a severance is desired, a

motion for severance must be filed.  Severance motions are not generally favored.

**Initial Designation of Experts:**  Unless otherwise stipulated or directed by Order, any party

with the burden of proof on an issue shall file a written designation of the name and address of each

**expert witness** who will testify at trial on such issue(s) and otherwise comply with Rule 16(a)(1)(G),

Fed. R. Crim. P., on or before **September 2, 2014**.

**Responsive Designation of Experts:**  Any party without the burden of proof on an issue but

who wishes to utilize an expert witness shall file a written designation of the name and address of each

**expert witness** who will testify at trial for that party on such issue(s) and shall otherwise comply with

Rule 16(a)(1)(G) on or before **September 8, 2014**.

**Objections to Experts:**  Objections to the qualifications or competency of experts, sometimes referred to as <u>Daubert</u> motions, <u>must</u> be made in a written motion filed no later than **September 15, 2014**.

Requested voir dire questions, proposed jury instructions (both e-filed and emailed in "Word" format to the email address lynn_orders@txnd.uscourts.gov), witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court and opposing parties), and motions in limine must be filed no later than **September 23, 2014**.  The list of exhibits shall describe the documents or items in numbered sequence. The documents or items to be offered as exhibits shall be numbered by attachment of gummed labels to correspond with the sequence on the exhibit list.  **Do not use letter suffixes to identify exhibits (*e.g.*, designate them as 1, 2, 3, not as 1A, 1B, 1C)**.  In addition, counsel for each party intending to offer exhibits shall **exchange a set** of marked exhibits with opposing counsel and shall **deliver a set of marked exhibits to the Court's chambers** (except large or voluminous items that cannot be easily reproduced).  Exhibits are to be placed in three-ring binders, including numbered tabs, and each binder is to be labeled with the style of the case, case number, name of the party, and volume number of the binder.  A copy of the exhibit list must be furnished to the court reporter **prior** to trial.  Counsel for the parties shall be prepared to submit to the jury, to accompany all exhibits that have been admitted, an index of such exhibits, with neutral descriptions of the exhibits, including where possible the author and date of each.  During trial, witnesses are to be called by their last, not first, names.

Judge Lynn enforces the rules of limited cross examination at trial.  Redirects and recrosses are limited to the subject of the immediately preceding examination. **Each party is responsible for keeping track of which exhibits are admitted during trial, to confer with opposing counsel on a consolidated list, and to submit it as a table of contents to accompany the exhibits to the jury room and to file of record in the case.**  If the parties have electronic evidence they intend to admit as

exhibits and send back to the jury room, the parties need to bring the necessary equipment to play it in the jury room.

If the government intends to call as witnesses persons who are under indictment but who have not been found guilty by the District Court where the indictment is pending, or if the government has reason to believe that it will ask questions of a witness, the answer to which may tend to incriminate the witness, and immunity has not been extended, the Assistant United States Attorney trying the case shall advise the Court of that fact before the witness testifies.

All counsel are directed to advise the Court four (4) days before trial if a plea agreement has been reached.  If such an agreement has been reached, except in unusual circumstances where such cannot reasonably be done, counsel are to furnish an executed copy to the Court at least three (3) days before trial.

Counsel should be mindful that a last-minute trial cancellation inconveniences all the citizens who have come to serve as jurors and wastes taxpayer money.  To avoid such a cancellation, counsel should complete plea negotiations prior to the date scheduled for trial.

Additionally, counsel for each defendant should ensure that the defendant has appropriate court attire to wear on the day of trial.

SO ORDERED.

DATED: August 4, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS