IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CR-293-M |
| | § | |
| JOHN WILEY PRICE (01), | § | |
| KATHY LOUISE NEALY (02), | § | |
| DAPHENY ELAINE FAIN (03), | § | |
| CHRISTIAN LLOYD CAMPBELL (04) | § | |
| | § | |
| Defendants. | § | |

## ORDER MODIFYING CONDITIONS OF RELEASE

The Conditions of Release for all Defendants are modified such that Defendants are not prohibited from contacting persons who are alleged victims or witnesses of the charged offenses, nor are Defendants prohibited from having contact with each other. All other Conditions of Release previously imposed remain in effect. Accordingly, Defendant Price's Motion to Modify Conditions of Release [Docket Entry #28] is **DENIED** as moot.

**SO ORDERED**.

August 21, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS