# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CR-293-M |
| | § | |
| JOHN WILEY PRICE (01), | § | |
| KATHY LOUISE NEALY (02), | § | |
| DAPHENY ELAINE FAIN (03), | § | |
| CHRISTIAN LLOYD CAMPBELL (04) | § | |
| | § | |
| Defendants. | § | |

## PRE-TRIAL ORDER

The Court has been advised that the parties intend to move for the designation of this case as complex and to continue it for trial no sooner than a year from now. To ensure that the proceedings in this matter are conducted in an orderly and efficient manner, it is hereby

**ORDERED** that:

Notwithstanding any earlier deadlines set, objections to venue and any motion for severance must be filed by September 12, 2014.

Defendants must by September 19, 2014, submit a proposed budget to United States Magistrate Judge, Renée Toliver. Any court-appointed counsel who seek appointment of a second counsel shall provide for that in the budget.

Since this case involves a very large quantity of documents, many of which are electronically stored, the Government must make every reasonable effort to produce the documents for the Defendants' use in a way that is relatively easy, efficient, and convenient for the Defendants to access, process, and search. The Government will produce the documents on a

rolling production basis. The Court expects production to commence no later than September 12, 2014.

To the extent any defense attorney has in the past represented another Defendant, that attorney should obtain the written consent of his or her present and former clients to the attorney's current representation. The Court will likely set a hearing to resolve any potential conflicts of interest. The Government shall produce by September 19, 2014 any investigative material that may bear on any attorney's alleged conflict of interest.

All Defendants have the right to participate in hearings or other proceedings. Counsel must advise their clients of this right and of each hearing or other proceeding, and obtain each Defendant's consent if the client elects not to attend. Attendance without clients will be deemed a waiver by a Defendant of his or her right to appear. If the Court requires the attendance of Defendants, the Court will issue an Order so providing.

Except as otherwise stated herein, all prior Orders remain in effect. Modifications to any deadlines set herein shall be sought in writing.

**SO ORDERED**.

August 21, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF TEXAS**