**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CASE NO. 3:14-CR-293-M** |
| | § | |
| **JOHN WILEY PRICE (01)** | § | |
| a.k.a. John Wiley Price II | § | |

**ORDER**

Defendant John Wiley Price's *Motion for Appointment of Counsel,* Doc. 30, has been referred to the undersigned magistrate judge for determination, Doc. 33. A hearing was conducted on September 15, 2014. The Government appeared by and through Assistant United States Attorney and represented to the Court that it takes no position with respect to the merits of the motion. Defendant Price, who did not appear in person, was represented by his attorney of record, William Ravkind, and, for limited purposes of the hearing, by Shirley Baccus-Lobel. Based on the pleadings, applicable law, and the arguments of counsel, the motion is **DENIED WITHOUT PREJUDICE.**

Considering the evidence of Defendant Price's financial resources, including his sworn Financial Affidavit and the Government's response and attachments, the Court finds that Defendant Price has failed to demonstrate that he is financially unable to employ counsel. While Defendant Price represents that he is likely unable to employ counsel of his choice, he has offered no evidence of his attempts to employ other adequate counsel. In addition, the evidence establishes that he has significant financial resources. Thus, upon making reasonable inquiry, the Court concludes that Defendant Price is not entitled to court-appointed counsel.

Accordingly, Defendant Price's Motion for Appointment of Counsel, Doc. 30, is **DENIED WITHOUT PREJUDICE.**

**SIGNED** September 15, 2014.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE