IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CR-293-M |
| | § | |
| JOHN WILEY PRICE (01), | § | |
| KATHY LOUISE NEALY (02), | § | |
| DAPHENY ELAINE FAIN (03), | § | |
| CHRISTIAN LLOYD CAMPBELL (04) | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERRAL

Before the Court is the Motion for a Protective Order, filed by the Government [Docket Entry #65]. The Motion is hereby **REFERRED** to Magistrate Judge Toliver for hearing, if necessary, and recommendation or determination.

All future filings regarding the referred motion should be addressed to the United States Magistrate Judge, not to the District Judge, and should be accompanied by a transmittal letter addressed to the Magistrate Judge, so that filings will reach her without delay.

**SO ORDERED**.

October 20, 2014.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**