IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN WILEY PRICE (01)<br>    a.k.a. John Wiley Price III<br>KATHY LOUISE NEALY (02)<br>DAPHENY ELAINE FAIN (03)<br>CHRISTIAN LLOYD CAMPBELL (04) | Case No. 3:14-CR-293-M |

NOTICE OF APPEARANCE

The United States of America, by and through the United States Attorney for the Northern District of Texas, respectfully advises the Court and other parties to this action that J. Nicholas Bunch, Assistant United States Attorney, Northern District of Texas, Dallas Division, hereby enters his appearance as co-counsel for the United States, and requests that he be served with copies of all notices and pleadings in this case.

ACCORDINGLY, the Clerk of the Court is hereby requested please to add J. Nicholas Bunch as counsel of record for United States on the docket sheets.

Dated: November 13, 2014

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ J. Nicholas Bunch*
J. NICHOLAS BUNCH
Assistant United States Attorney
Texas Bar No. 24050352
1100 Commerce, Suite 300
Dallas, Texas 75242
Telephone: 214.659.8836
Facsimile: 214.767.4104
nick.bunch@usdoj.gov

**Notice of Appearance – Page 1 of 2**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2014, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the electronic filing system of the Court.  The electronic case filing system will send a notice of filing to all the attorneys of record who have consented to such service.

                                                             */s/ J. Nicholas Bunch*
                                                             J. NICHOLAS BUNCH
                                                             Assistant United States Attorney