IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | CRIMINAL NO.: 3:14-CR-293-M |
| | * | |
| JOHN WILEY PRICE (01), | * | |
| KATHY LOUISE NEALY (02), | * | |
| DAPHENY ELAINE FAIN (03), | * | |
| CHRISTIAN LLOYD CAMPBELL (04), | * | |
| Defendants. | * | |

## ORDER SETTING HEARING

A hearing on the following pending motions in this case is **SET** for **Tuesday, January 27, 2015, at 9:00 a.m.**:

1) Defendant Christian Lloyd Campbell's Motion for Severance, filed September 11, 2014;

2) Defendant John Wiley Price's Motion for Severance of Counts, filed September 12, 2014; and

3) Defendant John Wiley Price's Objections to Magistrate's Ruling, filed September 29, 2014.

Counsel should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242.

SO ORDERED.

DATED: January 12, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS