**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CR-293-M |
| | § | |
| JOHN WILEY PRICE (01), | § | |
| KATHY LOUISE NEALY (02), | § | |
| DAPHENY ELAINE FAIN (03), | § | |
| CHRISTIAN LLOYD CAMPBELL (04), | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the Court is the "Motion to Withdraw Pending Motion for Appointment of
Counsel" [Docket #94], filed by Defendant John Wiley Price ("Mr. Price") on January 28, 2015.
The Motion is **GRANTED**. On August 18, 2014, Mr. Price filed a Motion for Appointment of
Counsel [Docket #30]. After the Court referred the Motion to Magistrate Judge Toliver [Docket
#33], Judge Toliver denied the Motion without prejudice, finding that Mr. Price had failed to
demonstrate that he was financially unable to employ counsel [Docket #51]. Mr. Price objected
to her ruling. [Docket #60].

On January 27, 2015, the Court conducted a hearing on Mr. Price's Objection. At the
hearing, Mr. Price's counsel asked the Court to set an additional hearing date to give Mr. Price
the opportunity to testify about his finances. On January 27, 2015, the Court sent Mr. Price's
counsel an identical version of the Order entered today, January 28, 2015, on what the Court
would require before and at the hearing, so Mr. Price could begin compiling the information
[Docket #93]. Mr. Price did not move for the Order to be filed under seal, nor did he move to

redact or seal the transcript of the hearing before Judge Toliver on Mr. Price's Motion for

Appointment of Counsel [Docket #63]. If Mr. Price reasserts his Motion for Appointment of

Counsel, the information described in the Court's Order of January 28, 2015 [Docket #93] will

be required.

     **SO ORDERED**.

     January 28, 2015.

               **BARBARA M. G. LYNN**
               **UNITED STATES DISTRICT JUDGE**
               **NORTHERN DISTRICT OF TEXAS**