◎ CJA 7
(Rev. 9/05)

```
┌─────────────────────────────┐
│    U.S. DISTRICT COURT      │
│  NORTHERN DISTRICT OF TEXAS │
│          FILED              │
│    ┌───────────────┐        │
│    │  MAR 6 2015   │        │
│    └───────────────┘        │
│  CLERK, U.S. DISTRICT COURT │
│  By _____        │
│              Deputy         │
└─────────────────────────────┘
```

LOCATION CODE _____

Docket No. __3:14-CR-293 M__

_____USA_____ vs. __John Wiley Price__

**ORDER TERMINATING APPOINTMENT OF COUNSEL** ☐
**and/or**
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS** ☑

Check one or both

---

WHEREAS, __Shirley Baccus-Lobel__ was appointed as counsel for the above defendant/petitioner, on the __6__ day of __March__, __2015__; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☑ AUTHORIZED/DIRECTED that such funds in the amount of $ __80,000.00__ be paid by said defendant/petitioner or by __XXXXXXXXXXXXX__ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

The Defendant shall pay $20,0000.00 to the Clerk of the Court for the Northern District of Texas due on or before March 15, 2015.

The defendant shall also make payments of $10,000.00 on May 15, 2015, July 6, 2015, September 2, 2015, November 2, 2015, January 4, 2016 and March 4, 2016 for a total of $60,000.00.

In addition the defendant is to make monthly payments, in the amount of $500.00, throughout the pendency of the trial. The payments will be due the first of each month and the first payment is due April 1, 2015.

These payments are to be made to the Clerk of Court for the Northern District of Texas.

Dated this __6th__ day of __March__, __2015__.

_____
United States Judge/Magistrate

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE