# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.  3:14-CR-293-M-BK |
| | § | |
| JOHN WILEY PRICE, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case has been referred to the undersigned by the District Judge for certain budget-related matters.  Due to the extraordinary amount of digital discovery the Government anticipates providing to Defendants, and the need to contain pretrial costs and consolidate resources, the Court finds that the appointment of a coordinating discovery attorney is warranted.  Accordingly, the Federal Public Defender for the Northern District of Texas is hereby appointed as Coordinating Discovery Attorney.

**SO ORDERED** on May 12, 2015.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE