IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL DOCKET NO. |
| v. | § | 3:14-CR-293-M-BK |
| | § | |
| JOHN WILEY PRICE, et al., | § | |

## ENTRY OF APPEARANCE OF COUNSEL

I hereby enter my appearance as *appointed* Coordinating Discovery Attorney for the above-named defendants in this cause.

I understand that it is my duty to continue to represent the above-named defendants in connection with all matters related to coordination of the discovery in this case.

Dated:  May 14, 2015          /s/ *Jason D. Hawkins*
                              JASON D. HAWKINS
                              Federal Public Defender
                              Northern District of Texas
                              Texas Bar #00795763
                              525 Griffin Street, Suite 629
                              Dallas, Texas 75202
                              Phone (214) 767-2746
                              Fax (214) 767-2886
                              jason_hawkins@fd.org