UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| JOHN WILEY PRICE, KATHY LOUISE § | |
| NEALY, and DAPHENY ELAINE FAIN, § | |
| § Civil Action No. 3:14-CR-293-M | |
| Defendants. § | |
| § | |
| § | |

### ORDER

Before the Court is a Second Motion for Continuance [Docket Entry # 173] filed by Defendants. The United States is directed to file its response, if any, on or before October 23, 2015. No reply will be permitted unless the Court so orders.

**SO ORDERED**.

October 16, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS