IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 3:14-CR-293-M |
| JOHN WILEY PRICE (01)<br>   a.k.a John Wiley Price III<br>KATHY LOUISE NEALY (02)<br>DAPHENY ELAINE FAIN (03) | ECF |

<u>Motion for Limited Unsealing of Plea Agreement Supplement</u>

The government moves for an order allowing disclosure of the plea agreement supplement for co-defendant Christian Campbell.

Co-defendant Campbell is a potential witness for the trial of *United States v. Helena Tantillo;* WDTX No. 1:15-CR-0162-SS set for January 19, 2016, and *United States v. John Wiley Price, et. al.;* No. 3:14-CR-293-M set for September 9, 2016. The United States needs to share the plea agreement supplement with defense counsel in order to meet potential *Brady* and *Giglio* obligations.

The government asks that these documents otherwise remain under seal as is the custom and practice in the Northern District of Texas.

## **CONCLUSION**

Wherefore, the United States respectfully requests that this Court issue an order authorizing the government to share copies of the plea supplement with defense counsel for purposes of meeting potential *Brady* and *Giglio* obligations.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

s/ *Walt M. Junker*

Walt M. Junker
Assistant United States Attorney
Texas State Bar Number 24038115
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone:   (214) 659-8600
Facsimile:    (214) 659-8805
walt.junker@usdoj.gov

## CERTIFICATE OF CONFERENCE

On December 18, 2015, I sent defense counsel a rough draft of this notice via electronic mail for purposes of conference. Counsel have told me that they are unopposed to the motion.

s/ *Walt M. Junker*

Walt M. Junker
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015, correct copies of this document were served on counsel for the above defendants by electronically filing the pleading with the clerk of court for the U.S. District Court, Northern District of Texas using the ECF system.

s/ *Walt M. Junker*

Walt M. Junker
Assistant United States Attorney