IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN WILEY PRICE (01)<br>  a.k.a John Wiley Price III<br>KATHY LOUISE NEALY (02)<br>DAPHENY ELAINE FAIN (03) | 3:14-CR-293-M<br><br>**ECF** |

### ORDER

Before the Court is the government's motion for a limited unsealing of co-defendant Christian Campbell's plea agreement supplement. The Court GRANTS the motion [Docket Entry #201] and orders the limited unsealing of the plea agreement supplement for production to defense counsel in *United States v. John Wiley Price, et. al.*; NDTX No. 3:14-CR-293-M, and *United States v. Helena Tantillo;* WDTX No. 1:15-CR-0162-SS so that they may conduct cross-examination on the contents of the document. Co-defendant Campbell's plea agreement supplement otherwise remains under seal.

SO ORDERED.

DATED: December 23, 2015.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**