## ** MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS

PLACE: Dallas   JUDGE: **Barbara M. G. Lynn**   DATE: January 12, 2016

REPORTER: Keith Johnson   MARSHAL:   DEPUTY: Rebecca Rutherford (Law Clerk)

INTERPRETER:   CSO:   COURT TIME: 50 Mins TTL

---

### CRIMINAL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 1:00 p.m. | 3:14-CR-293-M<br>USA<br>vs<br>John WIley Price | TELEPHONE CONFERENCE | Govt - Walt Junker<br>Govt - Katherine Miller<br>Govt - Nick Bunch<br>Dft (01)- Shirley Baccus-Lobel<br>Chris Knox<br>Dft (02) - Cheryl Wattley<br>Russell Wilson<br>Dft (03) - Tom Mills<br>Marlo Caddedu<br>Int Parties: Jason Hawkins (FPD)<br>Nicole Lehman and<br>Karen Flores (US Atty IT)<br>Jackie Northrup (RCFL)<br>Dan James |

The Court held a telephone conference to discuss the status of discovery and other matters. Mr. Knox will file a written report (copied to everyone) within 2 weeks regarding resolution of the issues raised by his letter of January 8, 2016.

No order to enter.

1:50 p.m.   Conference concluded