## ** MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS

PLACE:  Dallas         JUDGE:  **Barbara M. G. Lynn**         DATE: May 5, 2016

REPORTER: Keith Johnson         MARSHAL:         DEPUTY: Rebecca Rutherford (Law Clerk)

INTERPRETER:         CSO:         COURT TIME: 1 HR TTL

---

### CRIMINAL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 2:00 p.m. | 3:14-CR-293-M<br>USA<br>vs<br>John Wiley Price, et al. | TELEPHONE CONFERENCE | Govt - Walt Junker<br>Govt - Katherine Miller<br>Govt - Nick Bunch<br>Dft (01) - Shirley Baccus-Lobel<br>          Chris Knox<br>Dft (02) - Cheryl Wattley<br>          Russell Wilson<br>Dft (03) - Tom Mills<br>          - Marlo Cadeddu<br>Int Parties:  Jason Hawkins<br>Int Parties:  Brett Welaj |
|  |  | The Court held a telephone conference to discuss various pretrial matters. |  |
| 2:00 p.m. |  | Conference concluded |  |