IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Case No. 3:14-CR-293-M |
| JOHN WILEY PRICE (01) § | |
|     a.k.a. John Wiley Price III § | |
| KATHY LOUISE NEALY (02) § | |
| DAPHENY ELAINE FAIN (03) § | |

JOINT PROPOSED PRETRIAL DEADLINES

This Court's Order Granting the Defendants' Unopposed Motion for Continuance and Continuing Trial Date and Pretrial Deadlines directed the parties to file by July 15, 2016 a joint report setting forth proposed deadlines for the following: "(1) pretrial motions and responses; (2) designations and responsive designations of experts; (3) *Daubert* motions; and (4) requested voir dire questions, proposed jury instructions, witness lists, exhibit lists, and motions in limine." Doc. 269 at 5-6.  The government and the defendants submit for the Court's consideration the following proposed and agreed pretrial deadlines:

| Event | Date |
|---|---|
| Initial Designation of Experts | October 31, 2016 |
| Pretrial Motions | October 31, 2016 |
| Responsive Designation of Experts | November 28, 2016 |
| Responses to Pretrial Motions | November 28, 2016 |
| Objections to Experts [*Daubert* motions] | December 12, 2016 |

| Event | Date |
|---|---|
| Pretrial Materials, including exchange of exhibits, filing of exhibit and witness lists, filing of motions in limine and trial briefs (if any), jury instructions, and FRE 902(11) notices<br>• This does not include demonstrative exhibits. | January 9, 2017 |
| | |

Respectfully submitted,

*Walt M. Junker*
Walt M. Junker
Katherine Miller
J. Nicholas Bunch
Assistant United States Attorneys
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242
214.659.8600
walt.junker@usdoj.gov

*Shirley Baccus-Lobel*
Law Office of Shirley Baccus-Lobel, PC
8350 Meadow Road, Suite 186
Dallas, Texas 75231
214.220.8460
214.987.3169 (f)
sbl@lobellaw.com
 Attorney for Defendant Price

*Cheryl Brown Wattley*
Law Office of Cheryl B. Wattley
3737 Atlanta Street
Dallas, Texas 75215
214.882.0855
cheryl.brown.wattley@gmail.com
Attorney for Defendant Nealy

*Thomas Mills*
Mills & Williams LLP
5910 N. Central Expressway, Suite 980
Dallas, Texas 75206-5141
214.265.9265
214.363.3167 (f)
tmills@millsandwilliams.com
Attorney for Defendant Fain