# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **FILED UNDER SEAL** |
| | § | |
| **vs.** | § | **DOCKET NUMBER** |
| | § | **3:14CR 293-M** |
| | § | |
| **JOHN WILEY PRICE** | § | |
| **KATHY LOUISE NEALY** | § | |
| **DAPHENY LOUISE FAIN** | § | |

---

## KATHY NEALY'S MOTION TO ADOPT MOTIONS AND OBJECTIONS OF CO-DEFENDANTS

---

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE BARBARA LYNN**

**Comes Now**, the defendant Kathy Nealy and moves this Court for its order allowing Ms. Nealy to adopt motions of co-defendants. Ms. Nealy desires to adopt all applicable motions, objections, and requests for instructions, made by her co-defendants, as if they were her own, in order to obviate the need to duplicate such motions and objections when she would benefit by them.

*/s/ Russell Wilson II_____*
Russell Wilson II
Law Offices of Russell Wilson, II
1910 Pacific Avenue, Suite 15100
Dallas, Texas 75201
469.573.0211
russell@russellwilsonlaw.com

Cheryl Brown Wattley
Law Office of Cheryl B. Wattley
3737 Atlanta Street
Dallas, Texas 75215
214.882.0855
cheryl.brown.wattley@gmail.com

Attorneys for Kathy Louise Nealy

## CERTIFICATE OF SERVICE

This pleading is **served** on opposing counsel via efiling.

S/ Russell Wilson II_____
Russell Wilson II

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with the government regarding the above motion and that government indicated it would file a written response.

/S/ Russell Wilson II
Russell Wilson II