**\*\* MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| PLACE: Dallas | JUDGE: **Barbara M. G. Lynn** | DATE: December 21, 2016 |
| REPORTER: Keith Johnson | MARSHAL: | DEPUTY: Rebecca Rutherford (Law Clerk) |
| INTERPRETER: | CSO: | COURT TIME: **10 Mins TTL** |

---

### CRIMINAL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 10:00 a.m. | 3:14-CR-293-M<br>USA<br>vs<br>John Wiley Price, et al. | TELEPHONE CONFERENCE | Govt - Walt Junker<br>Dft (01) - Shirley Baccus-Lobel<br>Dft (02) - Cheryl Wattley<br>     - Russell Wilson<br>Dft (03) - Tom Mills<br>     - Marlo Cadeddu |
| | | The Court held a telephone conference to discuss various pretrial matters. | |
| 10:10 a.m. | | Conference concluded | |