IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 3:14-Cr-293-M |
| | § | ECF |
| JOHN WILEY PRICE (01) | § | |
| KATHY NEALY (02) | § | |
| DAPHENY FAIN (03) | § | |

### ORDER EXTENDING TIME FOR FILING PRETRIAL MATERIALS

On this day, came to be heard the "Joint Motion to Extend Time for Filing Pretrial Motions." The Court, having considered the Motion [ECF #387], GRANTS the relief sought.

SO ORDERED.

Dated: January 4, 2017.

*/s/ Barbara M. G. Lynn*
BARBARA M. G. LYNN
CHIEF JUDGE

ORDER FOR JOINT MOTION FOR EXTENSION- Solo Page