IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 3:14-Cr-293-M |
| | § | ECF |
| JOHN WILEY PRICE (01) | § | |
| DAPHENY FAIN (03) | § | |

### DEFENDANT FAIN'S PROPOSED WITNESS LIST

Defendant Dapheny Fain, by and through her attorneys, Thomas W. Mills, Jr. and Marlo Cadeddu, hereby files her Proposed Witness List. The proposed list is preliminary and the defense may seek to amend or supplement it in response to the government's case-in-chief.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Cause No. 3:14-Cr-293-M |
| | § | ECF |
| JOHN WILEY PRICE (01) | § | |
| DAPHENY FAIN (03) | § | |

## DEFENDANT FAIN'S PROPOSED WITNESS LIST

| | WITNESS NAME | WITNESS TYPE | LIKELIHOOD |
| --- | --- | --- | --- |
| 1 | Clay Jenkins | Fact | Probable |
| 2 | Kathy Nealy | Fact | Probable |
| 3 | Felicia Walker | Fact | Possible |
| 4 | Jackie Fain | Fact | Probable |
| 5 | Hosea Fain, Jr. | Fact | Probable |
| 6 | Vernetta Kinnard | Fact | Possible |
| 8 | Allen Clemson | Fact | Possible |
| 9 | Yupremium Patrick | Fact | Possible |
| 10 | Regina Watts | Fact | Possible |
| 11 | Vincent Hall | Fact | Possible |
| 12 | Briana Brown | Fact | Possible |
| 13 | Zachary Thompson | Fact | Possible |
| 14 | Maddie Mauldin | Fact | Possible |
| 15 | Rick Leosburg | Fact | Possible |

| 16 | Mary Phinney | Fact | Possible |
| 17 | Kasey Gerich | Fact | Possible |
| 18 | Juanita Valdez | Fact | Possible |
| 19 | Christopher Dellinges | Expert | Probable |

Respectfully submitted,

/s/ *Thomas W. Mills, Jr.*
THOMAS W. MILLS, JR.
State Bar No. 14167500
MILLS & WILLIAMS, L.L.P.
5910 N. Central Expressway, Suite 980
Dallas, Texas 75206-5141
Phone (214) 265-9265
Fax (214) 363-3167
tmills@millsandwilliams.com

MARLO CADEDDU
State Bar No. 24028839
Law Office of Marlo P. Cadeddu, P.C.
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Phone (214) 220-9000
Fax (214) 744-3015
mc@marlocadeddu.com

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on January 19th, 2017, I electronically filed the foregoing document using the Northern District of Texas's electronic filing system (ECF) which will send a notice of filing to all counsel of record.

/s/ *Thomas W. Mills, Jr.*
THOMAS W. MILLS, JR.