IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 3:14-CR-293-M |
| JOHN WILEY PRICE (01)<br>DAPHENY ELAINE FAIN(03) | |

# GOVERNMENT'S WITNESS LIST

Pursuant to this Court's Order on Pretrial Deadlines, the government respectfully submits the following list of witnesses, designating each witness as fact, expert, custodial, probable and/or possible. (*See* Dkt. 293 at 2.)

| No. | Witness | Fact | Exp. | Cust. | Prob. | Poss. |
|---|---|---|---|---|---|---|
| 1 | Allen Clemson | X | | X | | X |
| 2 | Annette Neal | X | | | | X |
| 3 | Bill Blaydes | X | | | X | |
| 4 | Bill Methenitis | X | | | X | |
| 5 | Bob Keslinke | X | | | X | |
| 6 | Brenda Jackson | X | | | X | |
| 7 | Brenda Wilkerson | X | | X | | X |
| 8 | Bridgett Baker | X | | | X | |
| 9 | Burt Beal | X | | | | X |
| 10 | Camelia Kennedy | X | | | | X |
| 11 | Carlos Tamez | X | | | X | |
| 12 | Caryn Fain | X | | | | X |
| 13 | Catrice Washington | X | | | X | |
| 14 | Chanel Quins-Broussard | X | | | | X |
| 15 | Cheryl White Mynar | X | | | X | |

| No. | Witness | Fact | Exp. | Cust. | Prob. | Poss. |
|---|---|---|---|---|---|---|
| 16 | Chris Burns | X | | | | X |
| 17 | Christian Campbell | X | | | X | |
| 18 | Christian Paulsen | X | | | X | |
| 19 | Cindy Sumner | X | | | | X |
| 20 | Clay Jenkins | X | | | | X |
| 21 | Craig Woodring | X | | | | X |
| 22 | Darryl Martin | X | | | X | |
| 23 | David Dion | X | | | | X |
| 24 | David Garcia | X | | | X | |
| 25 | David Newsom | X | | | X | |
| 26 | Debbie Spearman | X | | | X | |
| 27 | Debra White | X | | X | X | |
| 28 | Denise Badgley | X | | | X | |
| 29 | Denise Valdez | X | | | X | |
| 30 | Diane Ramsey | X | | | X | |
| 31 | Doralee Contreras | X | | | | X |
| 32 | Doug Pferdehirt | X | | | | X |
| 33 | Eddie Hill | X | | | X | |
| 34 | Elba Garcia | X | | | X | |
| 35 | Eric Frazier | X | | | X | |
| 36 | Franklin Blake Maness | X | | | X | |
| 37 | Gary Miglicco | X | | | X | |
| 38 | Glen Springer | X | | | | X |
| 39 | Glenna Orman | X | | | | X |
| 40 | Gloria McCulloch-Webb | X | | | X | |
| 41 | H. Ross Perot Jr. | X | | | | X |
| 42 | Helena Webb | X | | X | | X |
| 43 | Hosea Fain | X | | | | X |

| No. | Witness | Fact | Exp. | Cust. | Prob. | Poss. |
|-----|---------|------|------|-------|-------|-------|
| 44 | Hosson Abu-Ghannam (or other qualified Microsoft witness) | | | X | | |
| 45 | Jackie Northrup | X | | X | | X |
| 46 | Jacqueline Fain | X | | | | X |
| 47 | James Rouse | X | | | X | |
| 48 | Jeff Floyd | X | | | | X |
| 49 | Jennifer Torres | X | | | X | |
| 50 | Jerry Kordula | X | | | X | |
| 51 | Jesse Basham | X | | X | | X |
| 52 | Jim Foster | X | | | X | |
| 53 | Jim Page | X | | | X | |
| 54 | John Warren | X | | X | | X |
| 55 | Karen Favors | X | | | | X |
| 56 | Karen Manning | X | | X | X | |
| 57 | Kate Connolly | X | | | X | |
| 58 | Kateryna Ulyashynska | X | | | | X |
| 59 | Kathy Blanck | X | | | | X |
| 60 | Keidra McCracken | X | | | X | |
| 61 | Kevin Ebling | X | | | | X |
| 62 | Larry Hall | X | | | X | |
| 63 | Lauren Spivack | X | | X | | X |
| 64 | Lee Jackson | X | | | | X |
| 65 | Leon Carter | X | | | X | |
| 66 | Levi Davis | X | | | X | |
| 67 | Linda Boles | X | | | X | |
| 68 | Lionel Garcia | X | | | X | |
| 69 | Lisa Redwine | X | | | X | |
| 70 | Lynn McCreary | X | | | X | |
| 71 | Madeline McClure | X | | | X | |

| No. | Witness | Fact | Exp. | Cust. | Prob. | Poss. |
|---|---|---|---|---|---|---|
| 72 | Margaret Keliher | X | | | | X |
| 73 | Maria Robles | X | | | X | |
| 74 | Marie Flores | X | | | X | |
| 75 | Mark Cyran | X | | | X | |
| 76 | Mark Hicks | X | | | | X |
| 77 | Mary Suhm | X | | | X | |
| 78 | Maurine Dickey | X | | | | X |
| 79 | Maurine Jones | X | | | X | |
| 80 | Merry Batcho | X | | | | X |
| 81 | Michael Berry | X | | | | X |
| 82 | Michael Hinojosa | X | | | X | |
| 83 | Michael Pyles | X | | | | X |
| 84 | Michael Rader | X | | | | X |
| 85 | Michael Rather | X | | | X | |
| 86 | Michael Sewell | X | | | | X |
| 87 | Mike Cantrell | X | | | X | |
| 88 | Mike Rodden Jr. | X | | | | X |
| 89 | Mike Rodden Sr. | X | | | X | |
| 90 | Nan Riter | X | | | | X |
| 91 | Peter Graf | X | | | | X |
| 92 | Phillip Vasquez | X | | | | X |
| 93 | Preston Harold | X | | | X | |
| 94 | Randall Bryant | X | | | X | |
| 95 | Randy Hendricks | X | | | | X |
| 96 | Randy Seger | X | | | | X |
| 97 | Ranisha Wilkerson | X | | X | | X |
| 98 | Regina Watts | X | | | X | |
| 99 | Reginald Drake | X | | | X | |

| No. | Witness | Fact | Exp. | Cust. | Prob. | Poss. |
|---|---|---|---|---|---|---|
| 100 | Rene Hammett | X | | | X | |
| 101 | Rick Loessberg | X | | | X | |
| 102 | Rob Huthnance | X | | | X | |
| 103 | Robert Clines | X | | | X | |
| 104 | Robert Quick | X | | | | X |
| 105 | Rodney Christian | X | | | | X |
| 106 | Roman Hernandez | X | | X | X | |
| 107 | Russell Baity | X | | X | X | |
| 108 | Rusty Petree | X | | | | X |
| 109 | Ryan Schebler | X | | | | X |
| 110 | Sally Smith | X | | | X | |
| 111 | Samuel Pierre-Auguste | X | | | | X |
| 112 | Shannon Brown | X | | | X | |
| 113 | Shayna Cash | X | | | X | |
| 114 | Shirley Henley | X | | X | X | |
| 115 | Solomon Solis | X | | | X | |
| 116 | Special Agent (ret.) Don Sherman | X | | X | | X |
| 117 | Special Agent (ret.) Matthew Segedy | X | | X | | X |
| 118 | Special Agent Aaron Covey | X | | X | X | |
| 119 | Special Agent Allen Wilson | X | | | X | |
| 120 | Special Agent Andrew Bishop | X | | | X | |
| 121 | Special Agent Darrell James | X | | | X | |
| 122 | Special Agent Dianna Strain | X | | X | | X |
| 123 | Special Agent Erik Tighe | X | | | | X |
| 124 | Special Agent Gil Balli | X | | | | X |
| 125 | Special Agent Kevin Minor | X | | X | X | |
| 126 | Special Agent Monica Segedy | X | | X | X | |
| 127 | Special Agent Paul Amacker | X | | X | | X |

| No. | Witness | Fact | Exp. | Cust. | Prob. | Poss. |
|---|---|---|---|---|---|---|
| 128 | Special Agent Ryan Randall | X | | X | | X |
| 129 | Special Agent Stacy Banks | X | | X | | X |
| 130 | Special Agent Stephen Noll | X | | | | X |
| 131 | Special Agent Tim Symlie | X | | X | | X |
| 132 | Special Agent Tom Ensz | X | | X | | X |
| 133 | Stacy Crawford-Booty | X | | | | X |
| 134 | Steve Finley | X | | | | X |
| 135 | Sue Schrock | X | | | | X |
| 136 | Susan Chandler | X | | | | X |
| 137 | Suzanne McCoy | X | | | X | |
| 138 | Tammy Hurst | X | | | X | |
| 139 | Tanisha Jackson | X | | | | X |
| 140 | Thomas Stephen Cooper | X | | | | X |
| 141 | Timothy Goring | X | | | X | |
| 142 | Toni Bryant | X | | | X | |
| 143 | Tyra Brown | X | | | | X |
| 144 | Vanessa King | X | | | | X |
| 145 | Vincent Hall | X | | | | X |
| 146 | Virginia Porter | X | | | X | |
| 147 | Wayne White | X | | | | X |
| 148 | William Blase | X | | | | X |
| 149 | William Pearlman | X | | | X | |
| 150 | Zac Ramsey | X | | | X | |

**----- NOTHING FURTHER ON THIS PAGE -----**

The government has filed a Notice of Intent to Offer Evidence Pursuant to Federal Rule of Evidence 902(11) and, as such, has not listed business-record custodians by name or entity in the witness list. The government reserves the right if necessary to identify business-record custodians as it relates to the categories of evidence identified in the FRE 902(11) Notice.

Dated: January 19, 2017

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/ J. Nicholas Bunch*
J. NICHOLAS BUNCH
Assistant United States Attorney
Texas Bar No. 24050352
1100 Commerce, Suite 300
Dallas, Texas 75242
Telephone: 214.659.8836
Facsimile: 214.767.4104
nick.bunch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2017, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the electronic filing system of the Court. The electronic case filing system will send a notice of filing to all the attorneys of record who have consented to such service.

*/s/ J. Nicholas Bunch*
J. NICHOLAS BUNCH
Assistant United States Attorney