IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 3:14-CR-293-M |
| | § | ECF |
| JOHN WILEY PRICE (01) | § | |
| DAPHENY ELAINE FAIN (03) | § | |

## DEFENDANT PRICE'S EXHIBIT LIST

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Requests for Proposals for Information Technology Outsourcing Services for Dallas County, RFP No. 2002-011-1007 | | |
| 2 | ACS | | |
| 3 | EDS | | |
| 4 | SAIC | | |
| 5 | Schlumberger | | |
| 6 | Xerox | | |
| 7 | *Open.* | | |
| 8 | *Open.* | | |
| 9 | *Open.* | | |
| 10 | *Open.* | | |
| 11 | Clearview Management | | |
| 12 | *Open.* | | |
| 13 | Dallas County Request for Proposals for a Recording, Indexing and Imaging System for the Dallas County Clerk's Office, RFP No. 2004-064-1485 | | |
| 14 | ACS | | |
| 15 | AmCad | | |

| | | | |
|---|---|---|---|
| 16 | BearingPoint | | |
| 17 | LanData | | |
| 18 | Exigent | | |
| 19 | HTC | | |
| 20 | Eichman Software Consultants (ESC) | | |
| 21 | *Open.* | | |
| 22 | *Open.* | | |
| 23 | *Open.* | | |
| 24 | *Open.* | | |
| 25 | *Open.* | | |
| 26 | *Open.* | | |
| 27 | Dallas County Request for Proposals for Countywide Receipting System (CRS), RFP No. 2005-015-1591 | | |
| 28 | ACI Associates & Paragon | | |
| 29 | Active Network | | |
| 30 | BearingPoint | | |
| 31 | Class | | |
| 32 | CORE | | |
| 33 | Software Plus | | |
| 34 | System Innovators | | |
| 35 | *Open.* | | |
| 36 | *Open.* | | |
| 37 | *Open.* | | |
| 38 | *Open.* | | |
| 39 | *Open.* | | |
| 40 | *Open.* | | |
| 41 | Requests for Proposals for Dallas County's Desktop Technical Support, RFP No. 2007-117-3023 | | |
| 42 | AT&T | | |
| 43 | Buchanan | | |
| 44 | Cyberdyne Systems | | |
| 45 | Unisys | | |
| 46 | Just Technical Associates | | |
| 47 | Pi Systems | | |

| 48 | *Open.* | | |
|----|---------|--|--|
| 49 | *Open.* | | |
| 50 | *Open.* | | |
| 51 | *Open.* | | |
| 52 | *Open.* | | |
| 53 | *Open.* | | |
| 54 | Request for Qualifications for Dallas County's Level 1 Information Technology Help Desk Service Provider, RFQ No. 2007-071-2776 | | |
| 55 | Buchanan | | |
| 56 | Ciber | | |
| 57 | Compu Com | | |
| 58 | DFW Technology | | |
| 59 | Direct Integrators | | |
| 60 | Fidelity National Information Services | | |
| 61 | Materials Software System | | |
| 62 | Qnet | | |
| 63 | Sigma Solutions | | |
| 64 | Technisource | | |
| 65 | *Open* | | |
| 66 | Unisys | | |
| 67 | Zavata | | |
| 68 | *Open.* | | |
| 69 | *Open.* | | |
| 70 | *Open.* | | |
| 71 | *Open.* | | |
| 72 | *Open.* | | |
| 73 | *Open.* | | |
| 74 | Request for Qualifications for Dallas County's Inmate Phone Service Provider, RFQ No. 2007-082-2822 | | |
| 75 | Global Tel Link | | |
| 76 | Public Communications Services, Inc. (PCS) | | |
| 77 | Securus Technologies | | |
| 78 | Unisys Corporation | | |

| | | | |
|---|---|---|---|
| 79 | *Open.* | | |
| 80 | *Open.* | | |
| 81 | *Open.* | | |
| 82 | *Open.* | | |
| 83 | *Open.* | | |
| 84 | *Open.* | | |
| 85 | Request for Proposals for Desktop Technical Support Services for Dallas County, RFP No. 2010-090-5232 | | |
| 86 | Business Control Systems | | |
| 87 | Cyberdyne Systems | | |
| 88 | DFW Technology | | |
| 89 | Qnet | | |
| 90 | Techforce Technology | | |
| 91 | Unisys | | |
| 92 | *Open.* | | |
| 93 | *Open.* | | |
| 94 | *Open.* | | |
| 95 | *Open.* | | |
| 96 | *Open.* | | |
| 97 | *Open.* | | |
| 98-199 | *Reserved for Dallas County Commissioners Court Recordings Not Included in Government's Exhibits, and Specific Excerpts* | | |
| 200 | Atos Origin 2007 Sales Executives Incentive Plan (February 2007) | | |
| 201 | Atos Origin 2007 Sales Executives Incentive Plan (February 2007) | | |
| 202 | Letter from Dallas County to Atos Origin (October 7, 2005) | | |
| 203 | Letter from Atos Origin to Kathy L. Nealy & Associates (September 28, 2007) | | |
| 204 | Emails between Vanessa King and Mark Hicks (August 12-17, 2004) | | |
| 205 | Atos Origin's Comments Regarding 2005 Pipeline Project | | |
| 206 | Email from Phil Jackson to Robert Clines and others (March 31, 2006) | | |
| 207 | Atos Origin's Summary of Work Performed for AIS Cost Overruns | | |
| 208 | Commissioners Court Closed Session Briefing (September 20, 2005) | | |

| 209 | Atos Origin Contract Transition PowerPoint (August 25, 2006) | | |
| 210 | Atos Origin Monthly Billing Reports (2005) | | |
| 211 | Christian Campbell Expense Reports to SchlumbergerSema (September 2002 - December 2003) | | |
| 212 | Christian Campbell Expense Reports to Atos Origin (June 2004 - July 2004) | | |
| 213 | Atos Origin's Comments Regarding Dallas County Projects | | |
| 214 | Emails from Rodney Christian to Various Recipients (January 28, 2005) | | |
| 215 | Email from Mark Hicks to Mark Cyran (September 26, 2006) | | |
| 216 | Email from Kelly Blankenship to Allen Clemson and others (November 19, 2004) | | |
| 217 | Email from Randy Powell to Mark Hicks (September 25, 2006) | | |
| 218 | Emails between Paul Stewart, Mark Hicks and others (November 19, 2004 and September 25, 2006) | | |
| 219 | Email from Victor DiStefano to Vanessa King (March 12, 2004) | | |
| 220 | Emails between Phil Jackson, Mark Hicks and others (November 17-20, 2006) | | |
| 221 | Emails between Jim Page, Mark Hicks and others (February 6, 2006) | | |
| 222 | Emails between Phil Jackson, Mark Hicks and others (September 5, 2006) | | |
| 223 | Email from Randy Powell to Mark Hicks (November 9, 2005) | | |
| 224 | Email from Victor DiStefano to David Radkovich (January 9, 2003) | | |
| 225 | Emails between Mark Hicks, Mark Cyran and others (June 26, 2007) | | |
| 226 | Emails between Mark Cyran, William Donovan and others (February 21, 2007 and March 14, 2007) | | |
| 227 | Emails between Wade Price, Phil Jackson and others (April 25, 2006 - May 17, 2007) | | |
| 228 | Email from Vanessa King to Randy Powell (January 26, 2005) | | |
| 229 | Email from Robert Clines to Mark Cyran and others (November 1, 2005) | | |
| 230 | Emails between Bob Keslinke, Mark Hicks and others (November 7, 2005) | | |
| 231 | Emails between Mark Hicks, Phil Jackson and others (April 11-13, 2006) | | |
| 232 | Emails between Adeeb Hyder, Mark Hicks, and others (October 17-27, 2005) | | |
| 233 | Email from Robert Clines to Allen Clemson (September 26, 2005) | | |
| 234 | Email from Jonathan Spearman to Dapheny Fain (September 23, 2005) | | |

| 235 | Email from Christian Campbell to John Wiley Price and others (October 8, 2003) | | |
|---|---|---|---|
| 236 | Emails between Vanessa King and Aletheia Parker (June 23, 2005 and June 28, 2005) | | |
| 237 | Email from Christian Campbell to Christian Campbell (May 24, 2010) | | |
| 238 | Emails between Phil Jackson, Mark Hicks and Mark Cyran (April 4, 2006) | | |
| 239 | Email from Vanessa King to Amy Cook (April 8, 2003) | | |
| 240 | Atos Origin Employee Profile on John Hennessey | | |
| 241 | Atos Origin Payment Records for Kathy L. Nealy & Associates (August 2004 - July 2007) | | |
| 242 | Letter from Atos Origin to Kathy L. Nealy & Associates (September 28, 2007) | | |
| 243 | Dallas County Information Technology Services Memo (March 31, 2006) | | |
| 244 | Dallas County Information Technology Services Memo (June 8, 2004) | | |
| 245 | Email from Randy Powell to Mark Hicks (November 9, 2005) | | |
| 246 | Transitional Services Agreement between SchlumbergerSema and Atos Origin (2003) | | |
| 247 | Professional Services Agreement between Dallas County and Atos Origin | | |
| 248 | Emails between Vanessa King, Jim Page and others (January 24-25, 2005) | | |
| 249 | Atos Origin Appointments (September 23, 2003, October 20, 2003 and December 5, 2003) | | |
| 250 | Email from Shannon Brown to Mike Cantrell (May 18, 2006) | | |
| 251 | Email from Gloria Webb to various recipients (April 21, 2006) | | |
| 252 | Email from Gloria Webb to Gloria Webb (April 13, 2006) | | |
| 253 | Qnet Invoices to BearingPoint | | |
| 254 | Letter from BearingPoint to Christian Campbell (December 21, 2006 and January 12, 2007) | | |
| 255 | BearingPoint and Campbell Consulting Group Payment Records | | |
| 256 | Emails between Various BearingPoint Executives | | |
| 257 | Emails between Mike Dunn, Terry Stanley, Mike Griffith and others (January 2, 2007) | | |
| 258 | Email from Jeff Floyd to Richard Sanner (May 24, 2004) | | |
| 259 | Email from Christian Campbell to various recipients (July 26, 2004) | | |
| 260 | Email from Bob Schell to County Judge and Commissioners (September 17, 2007) | | |
| 261 | Email from Larry Hall to various recipients (June 24, 2004) | | |

| | | | |
|---|---|---|---|
| 262 | Email from Darryl Martin to Robert Clines and Shannon Brown (July 26, 2010) | | |
| 263 | Email from Tommy Hoang to Commissioners (February 10, 2011) | | |
| 264 | Memo from Thomas Sullivan (December 20, 2004) | | |
| 265 | Dallas County FY2003 Adopted Budget | | |
| 266 | Dallas County Capital Improvement Plan (covering the five-year period beginning October 1, 2002) | | |
| 267 | Dallas County FY2014 Budget | | |
| 268 | Dallas County Vendor Totals FY2010 | | |
| 269 | Dallas County Commissioners Court Committee Assignments (May 2011) | | |
| 270 | Dallas County District Map | | |
| 271 | Emails between Commissioners and Shannon Brown (April 12, 2010) | | |
| 272 | Emails between Shannon Brown, Darryl Martin and Gordon Hikel (March 29, 2011) | | |
| 273 | Email from Apps Oracle to Kumar Peruka (April 26, 2013) | | |
| 274 | Emails between Rick Loessberg and Commissioners (June 12, 2009) | | |
| 275 | Email from Linda Boles to various recipients (July 6, 2007) | | |
| 276 | Email from Maurine Dickey to Rick Loessberg (March 2, 2011) | | |
| 277 | Email from Rick Loessberg to Commissioners and others (March 1, 2011) | | |
| 278 | Financial Review Committee DRAFT | | |
| 279 | Information Technology Services Overview | | |
| 280 | Memo from Bob Keslinke (July 25, 2005) | | |
| 281 | Memo from Bob Keslinke (August 1, 2005) | | |
| 282 | Memo from Bob Keslinke (August 8, 2005) | | |
| 283 | Memo from Bob Keslinke (August 15, 2005) | | |
| 284 | Email from John Hennessey to various recipients (January 15, 2003) | | |
| 285 | Dallas County Purchasing Department Memo (September 14, 1999) | | |
| 286 | Fax from the Dallas County Auditor's Office (May 19, 2004) | | |
| 287 | Fax from John Ball (May 11, 2004) | | |
| 288 | Dallas County Operating Budget FY2004 (October 2003 - March 31, 2004) | | |
| 289 | Letter from Jennifer McClure to Kirkpatrick & Lockhart LLP (June 10, 2004) | | |

| | | | |
|---|---|---|---|
| 290 | Letter from Aptitude Solutions to the Dallas County Clerk (June 7, 2004) | | |
| 291 | Dallas County Clerk Memos (May 10, 2004 and May 11, 2004) | | |
| 292 | Emails between Jennifer McClure, Cynthia Calhoun and others (May 26, 2004 and June 12, 2004) | | |
| 293 | Email from Cynthia Calhoun to Bob Schell (June 2, 2004) | | |
| 294 | Letter from Judy to Cynthia Calhoun (December 12, 2005) | | |
| 295 | List of Top Filers of Law Offices and Firms to County Clerk Civil Department | | |
| 296 | Dallas County Clerk Service Comments and Suggestions | | |
| 297 | Email from Cynthia Calhoun to John Wiley Price (March 1, 2005) | | |
| 298 | Emails between Nita Hill and Cynthia Calhoun (February 28, 2005) | | |
| 299 | Dallas County Network, Hardware and Labor Summary Costs | | |
| 300 | Dallas County Purchasing Department Memo (June 21, 2005) | | |
| 301 | Dallas County Information Technology Services Memos | | |
| 302 | Letter from the Dallas County Clerk's Office (May 11, 2005) | | |
| 303 | Dallas County Clerk Memos (August 3, 2004) | | |
| 304 | District Clerks' Association Dues for the Year (June 2005-June 2006) | | |
| 305 | Email from John Hennessey (January 26, 2004) | | |
| 306 | Service Summary Report (June 2007) | | |
| 307 | Dallas County Suppliers Paid Out Log | | |
| 308 | Dallas County Management Report for Fiscal Year Ending September 30, 2001 | | |
| 309 | Dallas County Management Report for Fiscal Year Ending September 30, 2002 | | |
| 310 | Dallas County Management Report for Fiscal Year Ending September 30, 2006 | | |
| 311 | Dallas County Management Report for Fiscal Year Ending September 30, 2009 | | |
| 312 | Dallas County Criminal District Attorney Memo (May 23, 2014) | | |
| 313 | Letter from Jackson Walker, L.L.P. to Gloria McCulloch (August 25, 2014) | | |
| 314 | Email from Robert Clines to Alice Sweet (May 20, 2009) | | |
| 315 | Emails between Robert Clines and Tamica Woodson (October 7, 2008) | | |
| 316 | Timeline of Dallas County Clerk Imaging & Records Management | | |
| 317 | Dallas County Clerk's Office Meeting Agenda (March 22, 2003) | | |

| 318 | John Hennessey's Due Diligence Checklist (February 6, 2002) | | |
|---|---|---|---|
| 319 | Governance Committee Minutes (August 12, 2002) | | |
| 320 | Fax from Parkland Health and Hospital System to John Wiley Price (February 3, 2003) | | |
| 321 | Emails between Larry Hall, Vanessa King and others (February-August 2002) | | |
| 322 | Larry Hall Check Nos. 3403, 3614, 3790, 3961, 4140, 4345, 4533 and 4646 payable to John Wiley Price Campaign (April 22, 2004, April 21, 2005, April 24, 2006, April 24, 2007, April 24, 2008, March 31, 2009, April 28, 2010 and April 28, 2011) | | |
| 323 | Dallas County Commissioner's Court Order No. 2011 507 (March 15, 2011) | | |
| 324 | Dallas County Commissioner's Court Order No. 2007 2243 (November 6, 2007) | | |
| 325 | Emails between Larry Hall and Christian Campbell (April 22-23, 2002) | | |
| 326 | Email from Christian Campbell to Larry Hall (May 5, 2002) | | |
| 327 | Professional Services Contract between Dallas County and Qnet (November 1, 2009 - October 31, 2010) | | |
| 328 | Subcontractor Agreement between BearingPoint and Qnet (July 26, 2005) | | |
| 329 | Subcontractor Agreement between Buchanan Associates and Qnet (October 2007) | | |
| 330 | Subcontractor Agreement between SchlumbergerSema and Qnet (July 11, 2002) | | |
| 331 | Consulting Services Agreement between SchlumbergerSema and Kathy L. Nealy & Associates (January 1, 2004) | | |
| 332 | Dallas County Discussion Points Regarding SchlumbergerSema Acquisition | | |
| 333 | Emails between Vanessa King, Mark Hicks and others (February 20-22, 2002 and March 8, 2002) | | |
| 334 | Emails between Vanessa King, Christian Campbell and others (March 12, 2002 and March 21, 2002) | | |
| 335 | Email from Vanessa King to Mark Hicks and others (March 25, 2002) | | |
| 336 | Email from Gloria Webb to Christian Campbell and others (March 22, 2002) | | |
| 337 | Emails between Mark Hicks, Christian Campbell and others (September 30, 2002 and October 7-8, 2002) | | |
| 338 | Email from Nate Jeppson to Clinton Dean (March 25, 2003) | | |
| 339 | Email from Christian Campbell to John Tombari and others (January 16, 2003) | | |
| 340 | Email from John Hennessey to Christian Campbell and Vanessa King (September 10, 2002) | | |
| 341 | Email from Jerry Kordula to Kathy Nealy (May 20, 2003) | | |
| 342 | Email from Jerry Kordula to Kathy Nealy (May 20, 2003) | | |

| | | | |
|---|---|---|---|
| 343 | Emails between Jerry Kordula, Kathy Nealy and others (March 14, 2003 - April 4, 2003) | | |
| 344 | Email from Christian Campbell to Christian Campbell (August 15, 2003) | | |
| 345 | Email from Christian Campbell to Kathy Nealy (July 25, 2003) | | |
| 346 | Emails between Christian Campbell and Kathy Nealy (February 6, 2003) | | |
| 347 | Email from Christian Campbell to Kathy Nealy (January 10, 2003) | | |
| 348 | Emails between Vanessa King, Larry Hall and others (January 2-3, 2003 and January 13-15, 2003) | | |
| 349 | Emails between Vanessa King and Larry Hal (January 17, 2003 - February 7, 2003) | | |
| 350 | Emails between Vanessa King, Larry Hall and others (March 26, 2003 - April 7, 2003) | | |
| 351 | Emails between Laura Westby and Tonya Parker (September 24-26, 2003) | | |
| 352 | Emails between Vanessa King, Larry Hall and others (October 20, 2003 - November 14, 2003) | | |
| 353 | Kathy Nealy's Hit List with Account Names and Strategy Statements | | |
| 354 | Emails between Christian Campbell, Kathy Nealy and Jerry Kordula (October 16-17, 2003) | | |
| 355 | SchlumbergerSema Payment Records for Kathy L. Nealy & Associates (January 2003 - June 2004) | | |
| 356 | SchlumbergerSema's Strategic Plan for Servers Environment at Dallas County | | |
| 357 | Email from Gloria Webb to Various Recipients (May 4, 2002) | | |
| 358 | Emails between Doug Pferdehirt, David Meeh and others (April 18, 2003) | | |
| 359 | Email from Christian Campbell to Doug Pferdehirt (October 30, 2002) | | |
| 360 | Email from Christian Campbell to Various Recipients (October 27, 2002) | | |
| 361 | Emails between Christian Campbell, Doug Pferdehirt and Don Sweet (November 8-11, 2002) | | |
| 362 | Email from Don Sweet to Doug Pferdehirt (October 2, 2002) | | |
| 363 | Email from Kevin Ebeling to Reginald Drake (October 5, 2010) | | |
| 364 | Email from Kevin Ebeling to Tonya Veasey (January 24, 2011) | | |
| 365 | Emails between Kate Connolly and others (June 15, 2007 and June 18, 2007) | | |
| 366 | Email from Linda Boles to Kate Connolly (March 25, 2008); email from Kate Connolly to various recipients (March 25, 2008) | | |
| 367 | Email from Kate Connolly to various recipients (May 23, 2008) | | |

| | | | |
|---|---|---|---|
| 368 | Emails between Kate Connolly, Kevin Ebeling and others (June 28-30, 2007) | | |
| 369 | Emails between William McNeice, Kevin Ebeling and others (January 27-28, 2011) | | |
| 370 | Emails between Linda Boles and Kate Connolly (May 30, 2008) | | |
| 371 | Email from Linda Boles to Kate Connolly (November 2, 2007) | | |
| 372 | Emails between Roy Davis, Kate Connolly and others (March 25, 2008) | | |
| 373 | Letter from Unisys to John Wiley Price (November 15, 2010) | | |
| 374 | Letter from Unisys to Linda Boles (November 9, 2010) | | |
| 375 | Letter from Unisys to John Wiley Price (March 31, 2008) | | |
| 376 | Emails between Kate Connolly, Kathy Blanck and others (February 22, 2008) | | |
| 377 | Email from Reginald Drake to Kathy Blanck (December 2, 2010) | | |
| 378 | Emails between Reginald Drake, Kathy Blanck and others (September 30, 2010 - October 7, 2010) | | |
| 379 | Emails between Madeleine Ederson and Brian Nederhoff (June 22-27, 2011) | | |
| 380 | Letter from Vignon to Annemarie Calvert (March 30, 2010) | | |
| 381 | Email from Maurine Dickey to Commissioners and Shannon Brown (August 16, 2011) | | |
| 382 | Email from Zachary Thompson to Commissioners (August 14, 2011) | | |
| 383 | Letter from Stacey Mastin to Dapheny Fain (July 7, 2009) | | |
| 384 | Christian Campbell Check Nos. 2932, 3069, 3111, 3119, 3149, 3063, 2579, 2625 and 2763 payable to John Wiley Price Campaign (April 24, 2003, October 15, 2003, January 20, 2004, February 20, 2004, April 24, 2004, February 2, 2007, March 2005*, April 15, 2005 and December 9, 2005); Christian Campbell Check Nos. 2500, 2507 and 2947 payable to Ken Mayfield Campaign (June 13, 2003, June 15, 2004 and July 20, 2006*); Christian Campbell Check Nos. 2848 and 2942 payable to Kathy Nealy (April 12, 2006 and July 12, 2006); Christian Campbell Check No. 2762 payable to Kwanza Fest (December 9, 2005) | | |
| 385 | Campbell Consulting Group (CCG) Check Nos. 1003 and 1005 Payable to Keep the Faith Foundation (September 17, 2004 and September 20, 2004) | | |
| 386 | Christian Campbell Payroll Results (2001 - 2003) | | |
| 387 | Plea Agreement for Christian Lloyd Campbell | | |
| 388 | Plea Agreement Supplement for Christian Lloyd Campbell | | |
| 389 | Factual Resume for Christian Lloyd Campbell | | |

| | | | |
|---|---|---|---|
| 390 | Proffer Agreement for Christian Lloyd Campbell | | |
| 391 | JP Morgan Chase Response to Grand Jury Subpoenas (March 27, 2014) | | |
| 392 | Christian Campbell Expense Reports | | |
| 393 | Christian Campbell Weekly Status Report for Dallas County Activities (June-August 2005 and October 2005) | | |
| 394 | Campbell Consulting Group (CCG) Invoices to Atos (August 2004 - July 2011) | | |
| 395 | Email from Phillip Jackson to Mark Hicks and Christian Campbell (July 12, 2006) | | |
| 396 | Email from Jim Page to Christian Campbell (February 10, 2006) | | |
| 397 | Consulting Services Agreement between BearingPoint and Christian Campbell (July 15, 2004) | | |
| 398 | Professional Services Subcontract Agreement between BearingPoint and Campbell Consulting Group (CCG) (January 13, 2006) | | |
| 399 | Campbell Consulting Group (CCG) Invoices to BearingPoint (May 2004 - May 2005) | | |
| 400 | Campbell Consulting Group (CCG) Invoices to BearingPoint (May 2006 - March 2007) | | |
| 401 | Campbell Consulting Group (CCG) Invoices to BearingPoint (August 2004 - January 2007) | | |
| 402 | Letter from BearingPoint to Campbell Consulting Group (CCG) (January 12, 2007) | | |
| 403 | Letter from Christian Campbell to BearingPoint | | |
| 404 | Emails between Mike Dunn and others (December 1, 2006 - January 2, 2007) | | |
| 405 | Consulting Services Agreement between Cyberdyne Systems and Campbell Consulting Group (CCG) (March 1, 2005) | | |
| 406 | Cyberdyne Systems and Campbell Consulting Group (CCG) Payment Accounting (May 20, 2005 - March 17, 2006) | | |
| 407 | Kathy L. Nealy & Associates Invoices to Campbell Consulting Group (CCG) (September 22, 2004, August 19, 2004 and August 19, 2004); Kathy L. Nealy & Associates Invoice to CyberDyne Systems, Inc. (August 19, 2004) | | |
| 408 | Email from Christian Campbell to Larry Hall (April 22, 2002) | | |
| 409 | Email from Christian Campbell to Larry Hall (May 5, 2002) | | |
| 410 | Letter from Schlumberger to Christian Campbell (April 21, 2003) | | |
| 411 | Email from Christian Campbell to Rusty Patree and others (January 22, 2002) | | |
| 412 | Eamils between Christian Campbell, Paul Stewart and others (January 20, 2004) | | |
| 413 | Email from Randy Powell to Christian Campbell and others (May 15, 2003) | | |

| | | | |
|---|---|---|---|
| 414 | Email from Christian Campbell to John Wiley Price and others (October 8, 2003) | | |
| 415 | Email from Bob Johnston to Jim Foster (June 7, 2007) | | |
| 416 | Email from Jim Foster to Peggy Lundy (December 12, 2009) | | |
| 417 | Email from Jim Foster to Rick Loessberg (June 26, 2010) | | |
| 418 | Emails between Commissioners and others (November 9-12, 2009) | | |
| 419 | Email from Leslie Jutzi to Jim Foster (July 3, 2007) | | |
| 420 | Jim Foster Appointment with the Allen Group (February 20, 2008) | | |
| 421 | Jim Foster Appointment with the Allen Group (February 14, 2008) | | |
| 422 | Email from Jim Foster to Jim Foster (May 23, 2008) | | |
| 423 | Email from Alysee Pelletier to Jim Foster (August 28, 2008) | | |
| 424 | Emails between Darryl Martin, Virginia Porter and others (November 6, 2009) | | |
| 425 | Assumed Name Records for Karen Manning | | |
| 426 | Assumed Name Records for John Wiley Price | | |
| 427 | Assumed Name Records for Dapheny Fain | | |
| 428 | Assumed Name Records for Kathy Nealy | | |
| 429 | John Warren Planner (2008-2011) | | |
| 430 | Email from Hlee Smith to John Wiley Price (February 13, 2011) | | |
| 431 | Email from Linda Boles to John Wiley Price (August 20, 2009) | | |
| 432 | Emails between Linda Boles and Dapheny Fain (December 13, 2010) | | |
| 433 | Email between Linda Boles, John Wiley Price and others (February 17-18, 2010) | | |
| 434 | Emails between Commissioners and Various Recipients (November 7-8, 2011) | | |
| 435 | Email from John Wiley Price to Allen Clemson (August 19, 2010) | | |
| 436 | Email from Linda Boles to John Wiley Price (October 2, 2009) | | |
| 437 | Email from Linda Boles to John Wiley Price (November 17, 2009) | | |
| 438 | Email from Linda Boles to John Wiley Price (October 12, 2009) | | |
| 439 | Email from Linda Boles to John Wiley Price (August 19, 2009) | | |
| 440 | Email from Linda Boles to John Wiley Price (August 14, 2008) | | |
| 441 | Email from Linda Boles to John Wiley Price (November 12, 2009) | | |
| 442 | Email from Linda Boles to John Wiley Price (August 20, 2009) | | |

| 443 | Easter Celebration Invitation and Sample Letter from John Wiley Price to Bishop T.D. Jakes (April 13, 2004) | | |
|---|---|---|---|
| 444 | Email from Cammy Garner to Dapheny Fain (April 2, 2004) | | |
| 445 | Email from Dianne Gibson to Breona Pace (January 5, 2011) | | |
| 446 | Emails between John Wiley Price, Linda Boles and others (September 29, 2009 - October 2, 2009) | | |
| 447 | Email from John Wiley Price to Robert Clines (February 24, 2006) | | |
| 448 | Email from Maria to Various Recipients (June 30, 2006) | | |
| 449 | Email from Bridgette Collins to John Wiley Price and others (January 22, 2013) | | |
| 450 | Emails between John Wiley Price and Dapheny Fain (March 23, 2012) | | |
| 451 | Email from Steve Cadwell to John Wiley Price (March 14, 2007) | | |
| 452 | Email from John Wiley Price to Valencia Floyd (May 26, 2010) | | |
| 453 | Emails between Dapheny Fain, Vincent Hall and others (November 13-17, 2009) | | |
| 454 | Emails between Linda Boles, John Wiley Price and others (February 17-18, 2010) | | |
| 455 | Emails between Andrea Howard, Jill Johnson and others (September 22, 2011 and September 26, 2011) | | |
| 456 | Emails between Commissioners and others (July 20-22, 2010) | | |
| 457 | Emails between Norman Nelson and Clif Douglass (June 28, 2011) | | |
| 458 | Emails between John Wiley Price, Kathy Nealy and others (December 22, 2010 and January 1, 2010) | | |
| 459 | Emails between John Wiley Price, Leffie Crawford and others (September 6-9, 2007) | | |
| 460 | Emails between Linda Boles, Shannon Brown and others (September 15, 2011) | | |
| 461 | Letter from John Wiley Price (January 15, 2011) | | |
| 462 | Emails between Karen Manning and DeMetris Sampson (December 9, 2009 - January 4, 2010) | | |
| 463 | Email from Karen Manning to DeMetris Sampson (January 15, 2007) | | |
| 464 | Consulting Services Agreement between Cyberdyne Systems and Kathy L. Nealy & Associates (May 26, 2004) | | |
| 465 | Email from Shannon Brown to Commissioners (November 5, 2007) | | |
| 466 | Email from Moira Parro to Linda Boles (November 12, 2007) | | |
| 467 | Email from Linda Boles to Moira Parro (October 24, 2007) | | |
| 468 | Email from Robert Clines to Moira Parro (December 15, 2005) | | |
| 469 | Email from Robert Clines to Moira Parro and others (November 16, 2007) | | |

| 470 | Email from Moira Parro to Moira Parro (February 20, 2008) | | |
|---|---|---|---|
| 471 | Email from Steve Brunk to Moira Parro and others (November 19, 2007) | | |
| 472 | Email from Moira Parro to Kate Connolly (January 29, 2008) | | |
| 473 | Email from Moira Parro to Linda Boles (September 21, 2007) | | |
| 474 | Email from Moira Parro to Moira Parro (January 15, 2008) | | |
| 475 | Email from Moira Parro to Kate Connolly (January 29, 2008) | | |
| 476 | Email from Moira Parro to Robert Clines (November 19, 2007) | | |
| 477 | Email from Moira Parro to Moira Parro (January 15, 2008) | | |
| 478 | Email from Linda Boles to Moira Parro and others (October 23, 2007) | | |
| 479 | Email from Linda Boles to Moira Parro and others (October 22, 2007) | | |
| 480 | Email between Moira Parro and Linda Boles (January 4, 2008) | | |
| 481 | Email from Moira Parro to Kate Connolly (January 29, 2008) | | |
| 482 | Emails between Kate Connolly, Moira Parro and others (December 17, 2007 - January 15, 2008) | | |
| 483 | Email from Moira Parro to Linda Boles (February 4, 2008) | | |
| 484 | Email from Moira Parro to Bob Schell (October 31, 2007) | | |
| 485 | Emails between Moira Parro and Linda Boles (October 24, 2007) | | |
| 486 | Email from Linda Boles to Moira Parro (September 5, 2007) | | |
| 487 | Email from Moira Parro to Kate Connolly (January 29, 2008) | | |
| 488 | Email from Moira Parro to Kate Connolly (January 29, 2008) | | |
| 489 | Email from Moira Parro to Kate Connolly (January 29, 2008) | | |
| 490 | Email from Moira Parro to Kate Connolly (January 29, 2008) | | |
| 491 | Email from Moira Parro to Kate Connolly (January 29, 2008) | | |
| 492 | Emails between Moira Parro and Kate Connolly (January 15, 2008) | | |
| 493 | Emails between Moira Parro and Robert Clines (September 28, 2007 and October 1, 2007) | | |
| 494 | Email from John Wiley Price to Moira Parro (July 10, 2006) | | |
| 495 | Email from Shannon Brown to Moira Parro (January 14, 2008) | | |
| 496 | Email from Shannon Brown to Moira Parro (January 14, 2008) | | |
| 497 | Emails between Starr Solutions and Dallas County (2003-2004) | | |
| 498 | Emails between Rick Loessberg, Commissioners and others (August 15, 2012) | | |
| 499 | Email from Rick Loessberg to Commissioners and others (September 29, 2011) | | |

| | | | |
|---|---|---|---|
| 500 | Email from Rick Loessberg to Commissioners and others (June 20, 2011) | | |
| 501 | Email from Rick Loessberg to Commissioners and others (April 2, 2010) | | |
| 502 | North Central Texas Council of Governments Executive Board Meeting Minutes (April 27, 2010) | | |
| 503 | Email from Allen Clemson to Commissioners Court (October 23, 2008) | | |
| 504 | Email from Leslie Jutzi to Leslie Jutzi (July 2, 2009) | | |
| 505 | Emails between Rick Loessberg, Commissioners and others (March 5, 2014) | | |
| 506 | Email from Rick Loessberg to Commissioners and others (November 22, 2011) | | |
| 507 | Email from John Wiley Price to Rick Loessberg and others (November 22, 2011) | | |
| 508 | Email from John Wiley Price to Rick Loessberg and others (November 3, 2011) | | |
| 509 | Emails between Rick Loessberg and Elba Garcia (January 18, 2011) | | |
| 510 | Memo from the Director of Planning & Development (February 7, 2011) | | |
| 511 | Emails between Mike Rader and John Wiley Price (March 7, 2008) | | |
| 512 | Emails between Kathy Nealy and Preston Herold (March 5-7, 2008) | | |
| 513 | Email from Rick Loessberg to Commissioners (September 21, 2005) | | |
| 514 | Emails between Patrick Mandapaka, David Millikan and others (January 24-27, 2011) | | |
| 515 | Email from Robert Franke to Rick Loessberg (October 10, 2008) | | |
| 516 | Emails between William Methenitis, Rick Loessberg and others (April 11-12, 2007) | | |
| 517 | Email from Rick Loessberg to William Methenitis (November 17, 2006) | | |
| 518 | Email from Preston Herold to Kathy Nealy (May 2, 2007) | | |
| 519 | Emails between Preston Herold, Kathy Nealy and others (November 21-22, 2006) | | |
| 520 | Email from David Newsom to Kathy Nealy (November 15, 2006) | | |
| 521 | Emails between Dapheny Fain, Rick Loessberg and others (October 1-4, 2007) | | |
| 522 | Email from Richard Allen to Pettis Norman (November 22, 2005) | | |
| 523 | Email from Preston Herold to Kathy Nealy (May 14, 2007) | | |
| 524 | Emails between Michael, Preston Herold and others (December 1-5, 2006) | | |

| 525 | Emails between Rick Loessberg and William Methenitis (October 27, 2006) | | |
|---|---|---|---|
| 526 | Email from Donald Holzwarth to Antoinette Bacchus and Rick Loessberg (January 24, 2008) | | |
| 527 | Email from Rick Loessberg to John Wiley Price (July 29, 2011) | | |
| 528 | Email from William Methenitis to John Wiley Price and others (May 22, 2006) | | |
| 529 | Emails between Preston Herold, Kathy Nealy and William Methenitis (May 2, 2007) | | |
| 530 | Emails between Maurine Dickey, Mike Cantrell and others (December 6-8, 2008) | | |
| 531 | Emails between Maurine Dickey and Rick Loessberg (March 7-10, 2008) | | |
| 532 | Emails from Jon Napper, John Wiley Price and Kathy Nealy (September 6-9, 2007) | | |
| 533 | Email from Heather Lepeska to Maurine Dickey (July 30, 2008) | | |
| 534 | Email from Leslie Jutzi to Maurine Dickey (August 26, 2008) | | |
| 535 | Email from David Newsom to Kathy Nealy (November 14, 2006) | | |
| 536 | Email from David Newsom to Kathy Nealy (November 15, 2006) | | |
| 537 | Email from Preston Herold to Kathy Nealy (May 14, 2007) | | |
| 538 | Emails from William Methenitis to Rick Loessberg and others (October 27, 2006) | | |
| 539 | Email from Rick Loessberg to Ken Mayfield (October 29, 2007) | | |
| 540 | Dallas County Commissioners Court Memo (August 16, 2005) | | |
| 541 | Letter from Michael Pyles to Dallas Independent School District (May 24, 2007) | | |
| 542 | Letter from John Wiley Price to John Bass (August 26, 2008) | | |
| 543 | North Central Texas Council of Governments Memo (August 1, 2008) | | |
| 544 | North Central Texas Council of Governments Memo (February 15, 2010) | | |
| 545 | Dallas County Department of Planning and Development Memo (April 25, 2007) | | |
| 546 | Dallas County Department of Planning and Development Memo (August 10, 2005) | | |
| 547 | Letter from Laura Miller to Richard Allen (May 9, 2006) | | |
| 548 | Dallas County Department of Planning and Development Memo (October 11, 2007) | | |
| 549 | Letter from Michael Pyles to Thomas Lauer (July 28, 2006) | | |
| 550 | Letter from Mike Rader to Don Hudson (March 2, 2006) | | |

| | | | |
|---|---|---|---|
| 551 | Letter from the City of Dallas to Rick Loessberg (May 30, 2008) | | |
| 552 | Positions Concerning the ULI Study and the Interlocal Agreement | | |
| 553 | Letter from Mary Suhm to John Wiley Price (October 15, 2008) | | |
| 554 | Letter from Bobby Waddle to Pierre Duy (September 19, 2007) | | |
| 555 | Letter from John Garda to Richard Allen (May 17, 2006) | | |
| 556 | Letter from Michael Morris to John Wiley Price (October 2, 2008) | | |
| 557 | Letter from Donald Huffines to Michael Morris (August 25, 2008) | | |
| 558 | Letter from Michael Morris to John Aldrich & Inland Port Investors (August 26, 2008) | | |
| 559 | Letter from John Aldrich to Michael Morris (August 25, 2008) | | |
| 560 | Letters from William Methenitis to the Mayors of Lancaster and Hutchins and to Tom Lauer (April 20, 2006) | | |
| 561 | Map of the Proposed Foreign Trade Zone with and Without Expansion Application | | |
| 562 | Map of Southport Foreign Trade Zone Areas | | |
| 563 | Map of Southport Foreign Trade Zone and Crossroads Trade Center | | |
| 564 | Maps of Southport Foreign Trade Zone Areas | | |
| 565 | Map of Southport Foreign Trade Zone with Legend | | |
| 566 | Dallas County Commissioner's Court Memo (June 10, 2008) | | |
| 567 | Official Zoning Map of City of Hutchins | | |
| 568 | Proposal for a Masterplan for the International Inland Port of Dallas (October 2007) | | |
| 569 | Proposal to the Allen Group from Service and Leadership Team (SALT) (November 28, 2005) | | |
| 570 | City of Wilmer Zoning Map | | |
| 571 | Letter from Dan Kessler to Rick Loessberg (January 5, 2010) | | |
| 572 | City of Farris Resolution (September 2, 2008) | | |
| 573 | Letter from John Garda to Richard Allen (April 25, 2006) | | |
| 574 | Letter from Pettis Norman to Richard Allen (December 5, 2005) | | |
| 575 | SouthEast Area Transportation Alliance Sign-In Sheet (January 24, 2008) | | |
| 576 | Explanation of Inland Port Authority in Dallas County | | |
| 577 | South Dallas County Vision 2025 | | |
| 578 | Letter from Richard Allen to Dallas City Council Members (April 25, 2006) | | |

| | | | |
|---|---|---|---|
| 579 | The Allen Group Position Statement on NCTCOG Concept of South Dallas County Master Planning Initiative | | |
| 580 | ULI Advisory Services Panel: Overview of Findings PowerPoint | | |
| 581 | Urban Land Institute PowerPoint | | |
| 582 | City of Lancaster Memo (September 26, 2008) | | |
| 583 | North Central Texas Council of Governments Memo (October 11, 2007) | | |
| 584 | Notes from Written Comments from the Allen Group (August 6, 2008) | | |
| 585 | Fax from John Wiley Price to Kathy Nealy (June 22, 2007) | | |
| 586 | Dallas County Commissioners Court Order No. 2007 948 (May 1, 2007) | | |
| 587 | Dallas County Commissioners Court Order No. 2007 949 (May 1, 2007) | | |
| 588 | Southern Dallas County Foreign Trade Zone Expansion Report (June 19, 2006) | | |
| 589 | Dallas County Map of Unincorporated Acreage | | |
| 590 | Fax from Michael Pyles to Bill Methenitis (May 25, 2007) | | |
| 591 | Hillwood Crossroads Trade Center | | |
| 592 | Water Development Maps of South Dallas | | |
| 593 | Notes from Various Meetings | | |
| 594 | History of Inland Port (1984 to Present) | | |
| 595 | Interlocal Agreement for a Southern Dallas County Infrastructure Analysis | | |
| 596 | Notes for a Discussion of Proposed Boundary Changes to Southport Foreign Trade Zone | | |
| 597 | Dallas County Planning & Development PowerPoint (March 15, 2011) | | |
| 598 | Southern Dallas County Infrastructure Analysis PowerPoint (October 21, 2010) | | |
| 599 | Overview of the Dallas Logistics Hub | | |
| 600 | Questions and Answers Regarding the Inland Port | | |
| 601 | Notes Regarding Dallas County's Strategic Plan | | |
| 602 | Dallas County Department of Planning and Development Memo (May 28, 2008) | | |
| 603 | Dallas County Department of Planning and Development Memo (April 15, 2009) | | |
| 604 | Dallas County Department of Planning and Development Memo (October 31, 2006) | | |
| 605 | Dallas County Commissioners Court Order No. 94 1178 (July 26, 1994) | | |
| 606 | Dallas County Commissioners Court Order No. 2008 1167 (June 17, 2008) | | |

| 607 | Dallas County Commissioners Court Order No. 2008 2019 (October 21, 2008) | | |
|---|---|---|---|
| 608 | Dallas County Commissioners Court Order No. 2009 1197 (June 30, 2009) | | |
| 609 | Da;;as Southport Center PowerPoint | | |
| 610 | DeSoto Trade Center Foreign-Trade Zone No. 262 | | |
| 611 | Analysis of FTZ Effect at Crossroads Trade Center | | |
| 612 | Letter from Jack Lowe, Jr. to Michael Pyles (October 31, 2006) | | |
| 613 | Dallas County Department of Planning and Development Draft Memo (August 8, 2005) | | |
| 614 | Comparison of 2006 ULI Study of Southern Dallas County and 2008 NCTCOG Southern Dallas County Planning Project Draft PowerPoint (September 22, 2008) | | |
| 615 | City of Dallas Water Utilities Proposal to Provide Wholesale Treated Water Service to Southeast Dallas County (May 12, 2008) | | |
| 616 | Letter from William Methenitis to John Wiley Price (January 24, 2007) | | |
| 617 | Emails between Allen Clemson, Karla Weaver and others (August 28, 2008, October 23, 2008 and September 12-18, 2008) | | |
| 618 | Email from Allen Clemson to Ken Mayfield (April 25, 2007) | | |
| 619 | Email from Heather Lepeska to Mike Sims and others (December 28, 2007) | | |
| 620 | City of Dallas Draft Request for Qualifications for Southern Dallas County Comprehensive Plan & Strategic Implementation Program (December 27, 2007) | | |
| 621 | Letter from Richard Allen to Mayor Laura Miller (August 10, 2006) | | |
| 622 | Background Information on Possible Southeastern Dallas Foreign Trade Zone | | |
| 623 | Chronology for Inland Port Area Infrastructure Study | | |
| 624 | Letter from David Chavez to Michael Morris (September 9, 2008) | | |
| 625 | The Dallas Logistics Hub Information Packet | | |
| 626 | Letters to Michael Pyles from Laura Miller (August 17, 2006), Artis Johnson (October 5, 2006), Joe Tillotson (October 11, 2006), Don Hudson (October 20, 2006), Larry Lewis and Jack Lowe (October 31, 2006) | | |
| 627 | Critical Points about NCTCOG Infrastructure Assessment Study | | |
| 628 | Dallas County Waterline Project Description and Cost Information | | |
| 629 | Email from Rick Loessberg to Commissioners and others (April 29, 2014) | | |

| | | | |
|---|---|---|---|
| 630 | Email from Rick Loessberg to Commissioners and others (March 26, 2013) | | |
| 631 | Pleasant Run Overpass | | |
| 632 | Emails between Rick Loessberg and Elba Garcia (March 6, 2012) | | |
| 633 | League of Women Voters Inland Port Presentation (January 21, 2010) | | |
| 634 | A Discussion of the Dallas Inland Port (January 21, 2010) | | |
| 635 | Materials, CPA Witness with Respects to Counts 8-11 | | |
| 636-750 | ***Reserved for Bank Records Not Included In Government's Exhibits.*** | | |
| 751 | Photo of Art | | |
| 752 | Photo of Art | | |
| 753 | Photo of Art | | |
| 754 | Photo of John Wiley Price | | |
| 755 | Photo of John Wiley Price | | |
| 756 | Photo of John Wiley Price | | |
| 757 | Photo of John Wiley Price | | |
| 758 | Photo of John Wiley Price | | |
| 759 | Photo of John Wiley Price | | |
| 760 | Photo of John Wiley Price | | |
| 761 | Photo of John Wiley Price | | |
| 762-850 | ***Reserved for Additional Photographs.*** | | |
| 851-1400 | ***Reserved for Seized Items Not Included In Government's Exhibits*** | | |

Respectfully submitted,

*/s/Shirley Baccus-Lobel*               */s/Christopher Knox*
Shirley Baccus-Lobel                      Christopher Knox
Law Office of Shirley Baccus-Lobel        The Knox Firm
A Professional Corporation                900 Jackson Street
8350 Meadow Road, Suite 186               Suite 650
Dallas, Texas 75231                       Dallas, Texas 75202
214.220.8460                              214.741.7474
214.987.3169 (f)                          214.747.7711 (f)
SBL@LobelLaw.com                          chrisknox@knoxcriminaldefense.com

Attorneys for Defendant Price

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 20, 2017 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means: AUSAs Walt Junker, Katherine Miller, and Nick Bunch, 3rd Floor, 1100 Commerce, Dallas, Texas 75242; and all other counsel of record.


*/s/Shirley Baccus-Lobel*
Shirley Baccus-Lobel