IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 3:14-CR-293-M |
| JOHN WILEY PRICE (01)<br>DAPHENY ELAINE FAIN (03) | |

## ORDER

Before the Court is a Motion to Continue Trial [ECF #394], filed by Defendants Price and Fain. The Court has considered all the arguments raised by the briefing submitted in support of, and in opposition to, the Motion and DENIES the request for a continuance. A more detailed written opinion setting forth the reasons for the Court's decision will likely follow at a later date.

SO ORDERED.

Dated: January 20, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE