IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,

v.

JOHN WILEY PRICE (01)
KATHY LOUISE NEALY (02)

3:14-CR-293-M

ORDER OF DISMISSAL

On this day the Government's Unopposed Motion to Dismiss the above-referenced indictment against Kathy Louise Nealy and the remaining charges against John Wiley Price came before the Court pursuant to Fed. R. Crim. P. 48(a).  Having considered the Motion and other relevant facts, it is the opinion of this Court that the Motion should be GRANTED.

It is hereby ORDERED, ADJUDGED AND DECREED that the indictment against Kathy Louise Nealy and the remaining charges against John Wiley Price are dismissed.

This Order does not resolve any continuing issues regarding the responsibility of any Defendant who has court-appointed counsel to contribute to the cost of fees and expenses incurred.

SIGNED this 22nd day of May, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE